UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT RUDDER

Plaintiff,

vs CV 02-471 RHK/RLE

AMERICAN STEAMSHIP COMPANY

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May ,2003.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

MAY 07 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK