134558

RECEIVED
BY MAIL
APR 30 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02:CV471 RHK/RLF Case Title: ROBERT RUDDER VS. AMERICAN S

### Affidavit of Movant

I, ROBERT GRAFF ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac THOMAS W. EMERY, an attorney admitted to practice in the EASTERN District of MICHIGAN ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant AMERICAN STEAMSHIP COI in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 210754 MN Attorney License # — 4/24/02 Date

### Affidavit of Proposed Admittee

I, THOMAS W. EMERY, am currently a member in good standing of the U.S. District Court for EASTERN District of MICHIGAN, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

THOMAS W. EMERY Type/Print Name — [signature] Signature — 4/19/02 Date

Attorney License Number: P-32953

Law Firm Name & Address: GARAN LUCOW MILLER. P.C.
1000 WOODBRIDGE STREET
DETROIT. MI 48207-3192

Telephone: (313) 446-1530

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

APR 30 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK