140035

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 02:CV471 RHK/RLE **Case Title:** Rudder v. American Steamship Co.

**Affidavit of Movant**

I, Kevin C. Cornwell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Judith Schornack-Smith an attorney admitted to practice in the Eastern District of Michigan, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Robert L. Rudder in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] — Signature

023767X — MN Attorney License #

7/11/02 — Date

**Affidavit of Proposed Admittee**

I, Judith Schornack-Smith, am currently a member in good standing of the U.S. District Court for the Eastern District of Michigan, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Judith Schornack-Smith — Type/Print Name

[signature] — Signature

7/10/02 — Date

Attorney License Number: P34048

Law Firm Name & Address: Jaques Admiralty Law Firm, P.C.
645 Griswold, Ste. 1370, Detroit, MI 48226-4116

Telephone: (313) 961-1080

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk AMC

JUL 1 5 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED JUL 1 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________