**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert L. Rudder,

Plaintiff, Civil No. 02-471 (RHK/RLE)

vs.

American Steamship Company,

Defendants. **ORDER**

---

Plaintiff has filed timely Objections to that part of Magistrate Judge Raymond L. Erickson's January 17, 2003 Minute Order with respect to Plaintiff's liability expert. After review of the file, and finding that the Order to which Objections have been interposed is neither clearly erroneous nor contrary to law, the Objections (Doc. No. 28) are **OVERRULED** and the Minute Order (Doc. No. 27) is **AFFIRMED**.

Dated: February 10, 2003

RICHARD H. KYLE
United States District Judge

FEB 1 0 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK