C02-471 RHK/RLE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR JUNE, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning June 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (<u>all filings shall be in St. Paul</u>) in accordance with the following schedule:

By <u>May 14, 2003</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>May 21, 2003</u>:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By <u>May 28, 2003</u>: Responses to the Written Objections.

Dated: April 1, 2003

RICHARD H. KYLE
United States District Judge

APR 01 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Thomas Riemenschneider<br><br>et al | Kent Spellman<br>952-831-4980<br>Ted Sullivan<br>612-333-3637<br>Martin Spellman<br>515-465-5326 |
| | vs CV 02-61 RHK/AJB<br>JURY | |
| | David Battcher<br>et al | Scott Lundquist<br>612-332-0351 |
| 2. | Homer Lambrecht | Charles Beckjord<br>612-375-9367<br>William Starr<br>612-339-3911 |
| | vs CV 02-204 RHK/AJB<br>JURY | |
| | Fred Haase, individually and<br>As Plan Administrator,<br>Fiduciary, and party-in-interest<br>of the Uniscope Data Services<br>Inc., Employee 401(k) Plan<br>et al | John Bonner Jr.<br>612-344-1111<br>John Bonner III<br>612-313-0711 |

3. MEDGENESIS Inc.

James Walston
612-340-7951

vs CV 02-1265 RHK/RLE
JURY

Maurice R. Taylor II

et al

Roderick MacKenzie
Jonathan Bye
612-371-3211

Roylene Champeaux
612-664-5600

Gerald Leedom
202-514-6544

Timothy Nolan
612-340-7951

4. Robert Rudder

Michael Lien
Kevin Cornwell
218-727-1444
Judith Schornack-Smith
313-961-1080

vs CV 02-471 RHK/RLE
DULUTH JURY

American Steamship Company

Robert Graff
612-338-0661
Thomas Emery
313-446-1530